# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| ECC2 | 9630935 | M Seaman | 764 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/02/2025 0905 | 36 CFR 2.3(a) |

Place of Offense: Ramp 44

Offense Description: Factual Basis for Charge — HAZMAT ☐
Fishing in violation of state size limits 44-99-00

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Green | Logan | P |

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

2:25-mj-1120-1

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 125.00 Forfeiture Amount
+ $30 Processing Fee
$ 155.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: NP25184480 — Notice Served
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9630935*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 2, 2025 while exercising my duties as a law enforcement officer in the Eastern District of NC

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/02/2025
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 02, 2025 while exercising my duties as a law enforcement officer in the eastern District of North Carolina

At approximately 0905 hours, while on patrol within the boundary of Cape Hatteras National Seashore at the intersection of Dune Road and Ramp 44, I observed a man later identified as LOGAN P. GREEN of Palmyra, VA carrying a readily apparent oversize red drum fish to the tail gate of a black Chevy pick-up bearing VA UDN3046. The fish was transported a significant distance from where it was caught, and I visually estimated the fish to be approximately 36". When interviewed, GREEN stated that he caught the fish and that he was unaware of NC size limits. GREEN also could not produce a NC fishing license. The fish was digitally measured at 34 ½" using an iPhone in the field and remeasured with biological technicians at the ranger station using a tape indicating 34 5/8".

I issued GREEN a violation notice for 36 CFR 2.3(a) FISHING IN VIOLATION OF STATE LAWS - SIZE LIMITS

VIOLATION NOTICE: 9630935
CVB LOCATION CODE: EC62
CASE#: NP25184480
*In-car and/or body camera footage is available*

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/02/2025__  _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC62 | 9630936 | M Seaman | 769 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 07/02/2025 0905
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 2.3(a)
Place of Offense: Ramp 44

Offense Description: Factual Basis for Charge — HAZMAT ☐
Fishing in violation of state law - No license 44-99-00

### DEFENDANT INFORMATION
Last Name: Green
First Name: Logan
M.I.: P

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

2:25-mj-1120-2

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 125.00 Forfeiture Amount
+ $30 Processing Fee
$ 155.00 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: NP25184480
Notice Served

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature
Original - CVB Copy

*9630936*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 2, 2025 while exercising my duties as a law enforcement officer in the Eastern District of NC

See Attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/02/2025   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/17/2025 12:8

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 02, 2025 while exercising my duties as a law enforcement officer in the eastern District of North Carolina

At approximately 0905 hours, while on patrol within the boundary of Cape Hatteras National Seashore at the intersection of Dune Road and Ramp 44, I observed a man later identified as LOGAN P. GREEN of Palmyra, VA carrying a readily apparent oversize red drum fish to the tail gate of a black Chevy pick-up bearing VA UDN3046. The fish was transported a significant distance from where it was caught, and I visually estimated the fish to be approximately 36". When interviewed, GREEN stated that he caught the fish and that he was unaware of NC size limits. GREEN also could not produce a NC fishing license. The fish was digitally measured at 34 ½" using an iPhone in the field and remeasured with biological technicians at the ranger station using a tape indicating 34 5/8".

I issued GREEN a violation notice for 36 CFR 2.3(a) FISHING IN VIOLATION OF STATE LAWS - NO NORTH CAROLINA FISHING LICENSE

VIOLATION NOTICE: 9630936
CVB LOCATION CODE: EC62
CASE#: NP25184480
*In-car and/or body camera footage is available*

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __07/02/2025__    _[signature]_
             Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)    U.S. Magistrate Judge